[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12461

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 29, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00173-CV-1-LGW

GIA P. HEGRE,

Plaintiff-Appellant,

versus

ALBERTO-CULVER USA, INC.,
d.b.a. Beauty Systems Group, Inc.,
d.b.a. Macon Beauty Systems,
d.b.a. Sally Beauty Company,
SALLY BEAUTY COMPANY,
BEAUTY SYSTEMS GROUP, INC.,
d.b.a. Macon Beauty Systems,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(April 29, 2008)**

Before EDMONDSON, Chief Judge, BLACK and FARRIS[*], Circuit Judges.

PER CURIAM:

Gia Hegre appeals the district court's grant of summary judgment in favor of her employer, Beauty Systems Group (BSG), on three claims: (1) a retaliation claim under the Americans With Disabilities Act (ADA); (2) a § 1981 retaliation claim; and (3) an intentional infliction of emotional distress claim. After carefully reviewing the record and the district court's opinion and considering oral arguments, we affirm the judgment.

The district court did not err in concluding Hegre failed to show a reasonable belief that she was disabled for purposes of the ADA and in granting BSG summary judgment on the ADA retaliation claim on that ground. The court also did not err in its analysis and disposition of Hegre's § 1981 retaliation claim. These two claims having been dismissed, the court did not err in dismissing Hegre's state law claim due to lack of jurisdiction.

AFFIRMED.

---

[*]Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.